# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARGARET Y WATKINS,

    Plaintiff,

v.                                                     Case No. 6:20-cv-214-WWB-LHP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 27). United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation (Doc. 32), in which she recommends that the Motion be granted and that Attorney Pierre be allowed to charge Plaintiff $6,158.32 in attorney's fees.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Attorney's Fees and Costs (Doc. 27) is **GRANTED** and Attorney Pierre may charge Plaintiff $6,158.32 in attorney's fees.

**DONE AND ORDERED** in Orlando, Florida on February 11, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record